No. 5462.—Pueblo, apldo., *v.* Pabón, aplte.—C. D. Mayagüez. Abril 17, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

Por cuanto, Eugenio Pabón, acusado del delito de ataque con intención de cometer asesinato, se declaró culpable del referido delito el mismo día que le fué leída la acusación y algunos días después fué condenado a sufrir tres años de prisión en el Presidio Insular;

Por cuanto, el acusado apeló de esta sentencia y en su alegato expone que la corte de distrito no designó abogado para defenderle, y que se declaró culpable obedeciendo a promesas engañadoras;

Por cuanto, no disponemos de otra información que las manifestaciones del propio acusado, ni tampoco se ha elevado a esta corte transcripción de evidencia alguna para ser tenida en consideración al estudiar el caso;

Por tanto, se confirma la sentencia apelada que dictó la Corte de Distrito de Mayagüez en 9 de octubre de 1933.

Nos. 4939 y 4940.—Pueblo, apldo., *v.* Compañía Insular de Transporte, Inc., aplte.—C. D. San Juan. Abril 27, 1934.

Por los motivos expuestos en el día de hoy al resolver el caso No. 4938, *El Pueblo de Puerto Rico* v. *Compañía Insular de Transporte, Inc.*, se confirman las sentencias apeladas en los presentes casos.